UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ALEXANDER RODRIGUEZ,
and other similarly situated individuals,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant Healthcare Services Group, Inc. (hereinafter "Defendant"), by and through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida, identified as *Rodriguez v. Healthcare Services Group, Inc.*, Case No. 2017-7977 CA 01, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

    1.    Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

    2.    The Complaint in the above action was filed on April 4, 2017. Defendant received service of the Summons and Complaint on May 9, 2017. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

1

3.      Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question.  This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged a violation of federal law in his Complaint.  Plaintiff has pled that Defendant failed to properly compensate him for all of his work hours, and retaliated against him for complaining of the same, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").  Plaintiff has also pled the Defendant breached an "agreement" with him by failing to properly pay wages to Plaintiff resulting in Defendant being unjustly enriched. These claims all arise from the alleged improper payment under the FLSA and this Court has supplemental jurisdiction of these claims pursuant to 28 U.S.C. §1367(a).

4.      Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon counsel for Plaintiff, Jason S. Remer, Esq., Brody M. Shulman, Esq., REMER & GEORGES-PIERRE, PLLC, 44 West Flagler St., Ste. 2200, Miami, FL 33130.

5.      Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Miami-Dade County, Florida be removed to the United States District Court for the Southern District of Florida.

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
alyons@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515

4566442v.1

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/Angelique Groza Lyons
Attorney for Defendant

## SERVICE LIST
**ALEXANDER RODRIGUEZ V. HEALTHCARE SERVICES GROUP, INC.**
Case No.

Jason S. Remer, Esq.
Brody M. Shulman, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler St., Ste. 2200
Miami, FL 33130
jremer@rgpattorneys.com
bshulman@rgpattorneys.com
Attorneys for Plaintiff
Served via CM/ECF and email

/s/Angelique Groza Lyons
Attorney for Defendant